570 A.2d 954

STATE OF NEW JERSEY v. BENJAMIN NUDGE.

October 10, 1989.

Petition for certification denied.

570 A.2d 954

STATE OF NEW JERSEY v. MICHAEL STANLEY WARONKE.

October 10, 1989.

Petition for certification denied.

570 A.2d 954

STATE OF NEW JERSEY v. JULIO LOPEZ.

October 10, 1989.

Petition for certification denied.

570 A.2d 954

STATE OF NEW JERSEY v. BENJAMIN MCBRIDE.

October 10, 1989.

Petition for certification denied.